IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LISA STRICKLER, | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 4:15-CV-00152 |
| PROGRESSIVE FINANCE HOLDINGS, INC., | § § | |
| Defendant. | § § | |

**STIPULATED MOTION TO STAY PROCEEDINGS PENDING
COMPLETION OF ARBITRATION**

Plaintiff Lisa Strickler ("Plaintiff") and Defendant Progressive Finance Holdings, Inc. ("Defendant"), by their respective attorneys, hereby stipulate and jointly move for a stay of proceedings in the above-captioned action pending the completion of arbitration of Plaintiff's claims pursuant to the Arbitration Provision in the parties' Lease Agreement attached hereto as Exhibit A. Plaintiff shall be responsible for initiating the arbitration proceedings.

The parties respectfully request the Court's approval of this Stipulation in the form attached hereto.

Respectfully submitted,

*/s/ Kimberly A. Warshawsky*
Kimberly A. Warshawsky (#022083)
BALLARD SPAHR LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555
(602) 798-5449

*Attorneys for Defendant
Progressive Finance Holdings, Inc.*

Date: May 6, 2015

Date: May 6, 2015

        */s/ Ryan Lee*
Ryan Lee (#235879)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
(323) 988-2400 x 241

*Attorneys for Plaintiff
Lisa Strickler*