IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LISA STRICKLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 4:15-CV-00152 |
| | § | |
| PROGRESSIVE FINANCE HOLDINGS, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

AND NOW, upon consideration of the parties' Stipulated Motion to Stay Proceedings Pending Completion of Arbitration (Dkt. #5) and for good cause appearing, it is hereby ORDERED that:

1. The Motion to Stay is **GRANTED**;

2. The parties shall proceed to arbitration in accordance with the terms of the written Arbitration Agreement; and

3. This action is stayed pending the completion of arbitration.

**SIGNED this 20th day of May, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE