**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LISA STRICKLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:15cv152 |
| | § | Judge Mazzant |
| | § | |
| PROGRESSIVE FINANCE | § | |
| HOLDINGS, INC., | § | |
| | § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

    Pursuant to the Court's Order of May 23, 2016, the parties hereby submit this joint report. This matter remains before the American Arbitration Association, which is evaluating the parties' factual and legal positions. The parties agree to notify the Court within 14 days of resolution.

Dated: May 27, 2016                      RESPECTFULLY SUBMITTED,

                                          By:  /s/ Adam T. Hill
                                                Adam T. Hill
                                                Krohn & Moss, Ltd.
                                                10 N. Dearborn St., 3rd Floor
                                                Los Angeles, CA 90025
                                                Tel: 323-988-2400 x241
                                                Fax: 866-861-1390
                                                ahill@consumerlawcenter.com
                                                Attorney for Plaintiff

                                            By:   /s/ Kimberly A. Warshawsky
                                                Kimbelry A. Warshawsky
                                                Ballard Spahr LLP
                                                1 East Washington Street, Suite 2300
                                                Phoenix, AZ 85004
                                                Tel: 602-798-5419
                                                Fax: 602-798-5595
                                                warshawskyk@ballardsphar.com
                                                Attorney for Defendant