# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LISA STRICKLER | § | |
| | § | |
| V. | § | CASE NO. 4:15cv152 |
| | § | (Judge Mazzant) |
| PROGRESSIVE FINANCE | § | |
| HOLDINGS, INC. | § | |

## ORDER

On May 21, 2015, the Court granted the parties' Stipulated Motion to Stay Proceedings Pending Completion of Arbitration (Dkt. #7). Pursuant to the undersigned's Order of May 23, 2016, the parties filed a Joint Status Report (Dkt. #11), indicating that this matter remains before the American Arbitration Association.

It is therefore **ORDERED** that the Clerk's Office is directed to **ADMINISTRATIVELY CLOSE** this case pending completion of arbitration.

It is further **ORDERED** that the parties shall notify the Court within fourteen (14) days of resolution.

**SIGNED this 31st day of May, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE